JOSEPH J. LITTLE et al., Plaintiffs, *v.* CHARLES L. WEBSTER et al., Defendants.

(Argued October 20, 1890; decided December 16, 1890.)

CROSS-APPEALS from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 17, 1888, which affirmed in part and reversed in part a judgment reforming a contract and granting a recovery upon it as reformed, entered upon a decision of the court on trial at Special Term.

*James R. Marvin* for plaintiffs.

*Jacob F. Miller* for defendants.

Agree to affirm; no opinion.

All concur, except VANN and HAIGHT, JJ., not sitting.

Judgment affirmed.